[No. 17475-1-III.    Division Three.    March 23, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ANDY J. VALDEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00678-6, Evan E. Sperline, J., entered April 21, 1998. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 17606-1-III.    Division Three.    March 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWN MARIE WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 98-1-00009-8, Philip W. Borst, J., entered June 2, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 17869-2-III.    Division Three.    March 23, 2000.]

*In the Matter of the Marriage of* CRIS L. STAPLES, *Appellant*, and GARY R. STAPLES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-3-01043-0, Michael E. Schwab, J., entered August 28, 1998. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.